UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-7038-GW-BFMx | Date | February 5, 2026 |
|---|---|---|---|
| Title | *Maria Hernandez de Juarez v. Universal Studios LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael H. Moghtader | Jaion Chung |

**PROCEEDINGS:     PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT [19]**

The Court's Tentative Ruling on Plaintiff's Motion [19] was issued on February 3, 2026 [24]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. The Court DENIES Plaintiff's Motion.

:     03

Initials of Preparer     JG