JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARIA HERNANDEZ DE JUAREZ, <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSAL STUDIOS LLC, and DOES 1 to 50, Inclusive, <br><br> Defendants. <br><br> UNIVERSAL STUDIOS LLC, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> MITSUBISHI ELECTRIC US, INC., <br><br> Third-Party Defendant | Case No: CV 25-7038-GW-BFMx <br>[Assigned to Hon. George H. Wu] <br><br> **ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE [ECF NO. 26]** <br><br> Complaint Filed:   August 15, 2024 <br> Removed:        July 30, 2025 <br> Trial Date:      July 28, 2026 |

1

**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**

On April 9, 2026, Plaintiff, MARIA HERNANDEZ DE JUAREZ, and Defendant, UNIVERSAL STUDIOS LLC, by and through their respective counsel of record, filed the Stipulation of Dismissal with Prejudice [ECF No. 26]. Per the Stipulation, the parties have agreed, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to dismiss the above-referenced case with prejudice and without an award of costs or fees to any party.

The Court, having considered the Stipulation and finding good cause therefore hereby GRANTS the Stipulation and ORDERS as follows:

1. The above-captioned lawsuit entitled *Maria Hernandez de Juarez v. Universal Studios LLC, et al.*, Case Number 2:25-cv-07038-GW-BFM, is hereby dismissed with prejudice.

2. Each party is to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: April 10, 2026

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

2
**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**